IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CLARENCE G. HOWARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-207(MTT) ) |
| GEORGIA DEPT. OF CORRECTIONS, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

This case is before the Court on the Recommendation (Doc. 16) of United States Magistrate Judge Claude W. Hicks, Jr. The Magistrate Judge, having reviewed the Plaintiff's Complaint pursuant to the Prisoner Litigation Reform Act, 28 U.S.C. § 1915A(a) & (b), recommends (a) dismissing the Georgia Department of Corrections from the litigation based on Eleventh Amendment immunity; (b) dismissing the plaintiff's claims against Defendant Brian Owens for failure to state a claim; and (c) allowing the Plaintiff's claims against Defendants Robin Gill, Alicia Gardner and Katrina Green to proceed. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The Plaintiff's claims against the Georgia Department of Corrections and Defendant Brian Owens are dismissed. The Plaintiff's claims against Defendants Robin Gill, Alicia Gardner and Katrina Green may proceed.

**SO ORDERED**, this the 8th day of September, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jch